# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00900-CV

**C. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-004919, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant C. H. filed his notice of appeal on December 9, 2019. The appellate record was complete January 7, 2020, making appellant's brief due January 27, 2020. On January 24, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than February 18, 2020. If the brief is not filed by that date, Brian McGiverin may be required to show cause why he should not be held in contempt of court.

It is ordered on January 29, 2020.

Before Chief Justice Rose, Justices Baker and Triana